c

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HOLLY RALEY,<br>Plaintiff | CIVIL ACTION NO. 1:21-CV-04335 |
| VERSUS | JUDGE DRELL |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>CO.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff Holly Raley's ("Raley's") Motion to Remand (ECF No. 6) is GRANTED for lack of diversity jurisdiction.

IT IS FURTHER ORDERED that this case is REMANDED to the Tenth Judicial District, Natchitoches Parish, Louisiana.

IT IS FURTHER ORDERED that Raley's Motion for Attorney's Fees (ECF No. 6) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 3rd day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT